IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JAMES ORIN OGLE                                                    PETITIONER

VS.                                    CIVIL ACTION NO. 1:06-cv-1144(DCB)
                                       Criminal No. 1:01-cr-29(DCB)(LG)

UNITED STATES OF AMERICA                                           RESPONDENT

ORDER

This cause is before the Court <u>sua sponte</u>, pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, and having reviewed the plaintiff's Motion to Vacate Under 28 U.S.C. § 2255, the Court finds that a response to the motion by the government is required. Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file an answer to the plaintiff's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence in criminal action no. 1:01-cr-29(DCB)(LG), within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the  14th  day of November, 2007.


                                          s/ David Bramlette
                                       UNITED STATES DISTRICT JUDGE