```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     SOUTHERN DIVISION
```

JAMES O. OGLE                                          PETITIONER

VS.                                    CASE NO. 1:01-cr-29-DCB

UNITED STATES OF AMERICA                               RESPONDENT

## ORDER

Before the Court is Petitioner, James O. Ogle's Motion for Early Termination of Supervised Release [Docket Entry 193]. Having carefully considered all issues, the Court is of the opinion that the relief requested should be and is hereby DENIED.

SO ORDERED this the __19th__ day of January, 2012.


                              s/David Bramlette
                              UNITED STATES DISTRICT JUDGE